UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ARNOLD SEGAL AND KAREN SEGAL,

    Plaintiffs,

v.

                                                  Case No: 8-04-CV-2388T-30 MAP

NATIONAL ACTION FINANCIAL SERVICES, INC.,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** having come on to be heard upon the Parties' Notice of Settlement and Joint Motion for Dismissal with Prejudice, and this Court, having considered the motion and otherwise being fully advised and informed in the premises, it is, upon consideration thereon:

**ORDERED and ADJUDGED** that the above-entitled cause be and the same is hereby dismissed, with prejudice, against the Defendant to this action, National Action Financial Services, Inc., including any and all claims that Plaintiffs, Karen and Arnold Segal, have or claim to have in this action with each party to bear their own fees and costs as set forth in the Stipulation for Settlement.

**DONE and ORDERED** in Chambers in Orlando, Florida this _12_ day of _April_ _____, 2006.

_____
HONORABLE JAMES S. MOODY, JR.